January 19, 1979

402 A.2d 1076

Commonwealth v. Morris, Appellant.

Submitted September 15, 1978. Anthony M. Muir, Assistant Public Defender, for appellant; James B. Martin, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.